37461. MAY et al. v. CITIZENS & SOUTHERN BANK et al.

Judgment affirmed pursuant to Rule 59.
*Jordan, C. J., Hill, P. J., Marshall, Clarke, Smith and Gregory, JJ., concur.*

DECIDED SEPTEMBER 8, 1981.

*H. Dale Thompson, for appellants.*
*William L. Tribble, for appellees.*